FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 31, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| J.H., by and through guardian SIDNEY HUFSTETLER; MICHAEL T. SMITH as Personal Representative of the Estate of SHAWN T. HEADLAND,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>KITTITAS COUNTY, a Political Subdivision of the State of Washington; FERNANDO CONTRERAS; JAYSON PETERSON; ELLIOT REED; ERIK BALA; JEFF BARNSLEY; ED BUNTIN; STEVE PANATTONI; CLAY MYERS; and GENE DANA,<br><br>　　　　Defendants. | No. 1:22-CV-03118-SAB<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS** |

　　　Before the Court is the parties' Stipulated Motion to Dismiss, ECF No. 67. Plaintiffs are represented by Robert Sexton and Ryan Dreveskracht. Defendants are represented by Christopher Horner and John Justice. The motion was considered without oral argument.

　　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties request the Court dismiss this matter with prejudice and without further costs or attorneys' fees.

**ORDER GRANTING STIPULATED MOTION TO DISMISS ~ 1**

Minor Plaintiff J.H. reached the age of majority, 18 years old, on December 21, 2024. The Court retained jurisdiction over the settlement agreement as part of its duty under LCivR 17(c). However, as no minor parties remain, the Court now lacks an independent basis for continuing federal jurisdiction on any settlement-related issues and declines to assert any continued jurisdiction. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381–82 (1994).

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss, ECF No. 67, is **GRANTED**.

2. The above-captioned case is **DISMISSED with prejudice** and without further costs or attorneys' fees.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **keep the file closed**.

**DATED** this 31st day of December 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING STIPULATED MOTION TO DISMISS ~ 2**